Plaintiff's Name **Brooke S. Auguste**
Inmate No. **A55983**
Address **LAC (Lancaster) prison P.O. Box 4490**
**Lancaster, CA 93539**

FILED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**Brooke Auguste**
(Name of Plaintiff)

**1:19-cv-00336-SKO (PC)**
(Case Number)

vs.

**V. Betancourt**
**L. Maldonado**
**J. Martinez**
**E. Parker**
**M. Stewart**

(Names of all Defendants)

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☒ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

  A. Have you brought any other lawsuits while a prisoner? Yes____ No **X**

  B. If your answer to A is yes, how many? _____

   Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

      Plaintiff _____

      Defendants _____

   2. Court (if Federal Court, give name of District; if State Court, give name of County)

      _____

   3. Docket Number _____  4. Assigned Judge _____

   5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

      _____

RECEIVED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6. Filing Date (approx.) _____   7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

 A. Is there an inmate appeal or administrative remedy process available at your institution?

 Yes ✓   No ____

 B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

 Yes ✓   No ____

 C. Is the process completed?

 Yes ✓   If your answer is yes, briefly explain what happened at each level.

I was denied at each level and exhausted all of my Remedies

 No ____   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

 A. Name **V. Betancourt** is employed as **Correctional officer**

 Current Address/Place of Employment **Kern Valley State Prison**

B. Name **L. Maldonado** is employed as **Correctional officer**

Current Address/Place of Employment **Kern Valley State prison (level 4-180)**

C. Name **J. Martinez** is employed as **Correctonal officer**

Current Address/Place of Employment **Kern Valley State prison (level 4-180)**

D. Name **E. Parker** is employed as **Correctional officer**

Current Address/Place of Employment **Kern Valley State prison (level 4-180)**

E. Name **M. Stewart** is employed as **Correctional officeR**

Current Address/Place of Employment **Kern Valley state prison (level 4-180)**

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

8th ammendment (freedom from cruel and unusual punishment).

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

On 7-21-18 (Approx 1830 hrs) Plantiff was Physically assaulted by both c/o's V. Betancourt and c/o L. Maldonado. When Plantiff was Choked from behind by c/o V. Betancourt, After he violated all Policies and Saftey Procedures when said defendant took it upon himself to rush into Plantiff's Cell out of anger, after Plantiff had made Several Requests to speak with SGT. Regarding my housing situation at this Point Plantiff was unable to breathe, Now having the defendant c/o V. Betancourt violently Slam Plantiff on the floor and while on the ground defendant c/o L. Maldonado kicked

Plantiff in the face as defendant c/o V. Betancourt now grabbed his monadnock expendable Baton and hit plantiff on the head directly rendering plantiff unconcious for several seconds. As plantiff came to plantiff was still being assualted By Both Defendants c/o V. Betancourt and c/o L. maldonado. As Defendant c/o L. maldonado kept kicking plantiff and Defendant c/o V. Betancourt continued hitting plantiff with his monadnock expendable baton (MEB). Soon after defendants c/o E. Parker, c/o M. Stewart, came into the building and instead of making sure plantiff was given Immediate medical care seeing plantiffs Bloody and beaten body, Said defendants chose to further exacerbate plantiffs injuries by then dragging plantiff out of the cell and the hogtieng the plantiff.

---

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

~~Compensatory damages and punitive damages in the total of $300,000.00~~

$300,000.00 (Compensatory damages), $ (per defendant)
$300,000.00 (Punitive damages) (per defendant)
$300,000.00 (Actual damages) (per defendant)

I declare under penalty of perjury that the foregoing is true and correct.

Date: 09/19/19        Signature of Plaintiff: [signature]

(Revised 4/4/14)