# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE SHAEFRON AUGUSTE,<br><br>    Plaintiff,<br><br>    v.<br><br>V. BETANCOURT, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00336-NONE-SKO (PC)<br><br>ORDER REQUIRING **REMOTE APPEARANCES** AT SETTLEMENT CONFERENCE<br><br>**Date: October 27, 2020**<br>**Time: 1:00 p.m.** |

A settlement conference in this matter is currently scheduled on October 27, 2020, at 1:00 p.m., before the undersigned. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the undersigned finds that the parties shall appear **remotely via Zoom**.

Counsel for Defendants shall contact Courtroom Deputy Michelle Rooney at (559) 499-5962 or mrooney@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.[1]

IT IS SO ORDERED.

Dated:  **October 2, 2020**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff is unable to appear by video, Plaintiff may appear telephonically. Alternatively, the Court may continue the settlement conference until video is available.

1