# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE SHAEFRON AUGUSTE,<br><br>                Plaintiff,<br><br>v.<br><br>V. BETANCOURT, et al.,<br><br>                Defendants. | Case No. 1:19-cv-00336-NONE-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF BROOKE SHAEFRON AUGUSTE, CDCR NO. AS5983<br><br>DATE: OCTOBER 27, 2020<br>TIME: 1:00 P.M. |

      Brooke Shaefron Auguste, CDCR # AS5983, the plaintiff in this case and a necessary participant in court proceedings on OCTOBER 27, 2020, is confined at California State Prison, Los Angeles County, in Lancaster, California, in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate for a _remote appearance_ before Magistrate Judge Erica P. Grosjean, U.S. District Court, Eastern District of California, on OCTOBER 27, 2020, at 1:00 P.M.

## ACCORDINGLY, THE COURT ORDERS:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above to participate _remotely_ in court proceedings before Magistrate Judge Erica P. Grosjean on the date and time above, until completion of the proceedings or as ordered by the court.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Los Angeles County**

      **WE COMMAND** you to produce the inmate named above to testify remotely before Magistrate Judge Erica P. Grosjean on the date and time above, according to the instructions provided by the court to defendants' counsel, until completion of the proceedings or as ordered by the court.

      **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 7, 2020**                 /s/ _Sheila K. Oberto_
                                                        UNITED STATES MAGISTRATE JUDGE