UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE SHAEFRON AUGUSTE,<br><br>        Plaintiff,<br><br>   v.<br><br>V. BETANCOURT, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00336-NONE-SKO (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 45.) The rule provides that a "plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *See Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

Because the parties have filed a stipulation of dismissal, signed by all parties or their counsel of record, this case has ended. Accordingly, the Court directs the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated:   **November 4, 2020**                    /s/ *Sheila K. Oberto*

|   |                                  |
|---|----------------------------------|
| 1 | UNITED STATES MAGISTRATE JUDGE   |